AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

MICHAEL MURDOCH

(Name and Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: CR 05-57 M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or around June, 2004 until in and around September, 2004 in Allegheny county, in the Western District of Pennsylvania defendant(s) did, (Track Statutory Language of Offense)

using a facility or means of interstate or foreign commerce, namely a computer, knowingly persuade, induce, entice, or coerce an individual who had not attained the age of 18 years, to engage in prostitution or any sexual activity for which a person can be charged with a criminal offense, or attempted to do so, in violation of 18 U.S.C. 2422(b)

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

I, Edward Moschella, being duly sworn, depose and state as follows:

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

February 7, 2005 at Pittsburgh, Pennsylvania

Date City and State

AMY REYNOLDS HAY, U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

Signature of Judicial Officer

# United States District Court

WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

MICHAEL MURDOCH

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 0[illegible] M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or around June, 2004 until in and around September, 2004 in Allegheny county, in the Western District of Pennsylvania defendant(s) did, (Track Statutory Language of Offense)

using a facility or means of interstate or foreign commerce, namely a computer, knowingly persuade, induce, entice, or coerce an individual who had not attained the age of 18 years, to engage in prostitution or any sexual activity for which a person can be charged with a criminal offense, or attempted to do so, in violation of 18 U.S.C. 2422(b)

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

I, Edward Moschella, being duly sworn, depose and state as follows:

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

[signature]

Signature of Complainant

Sworn to before me and subscribed in my presence,

February 7, 2005 at Pittsburgh, Pennsylvania

Date | City and State

AMY REYNOLDS HAY, U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

[signature]

Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Magistrate Number: M

[ UNDER SEAL ]

AFFIDAVIT FOR
CRIMINAL COMPLAINT

I, Edward Moschella, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI for approximately eight years. Since joining the FBI, I have investigated violations of federal law in violent crimes, including child pornography and the sexual exploitation of children. I have gained experience through training in seminars, classes, and everyday work related to conducting these types of investigations.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. This affidavit is made in support of an application for a criminal complaint for Michael Murdoch for a violation of Title 18, United States Code, Section 2422(b).

4. At the beginning of October 2004, a local law enforcement agency was contacted by the family of the child victim in this case regarding information they received about the child victim, a 14 year old male (hereinafter "child victim"), who was

having contact via phone and computer with adults. The child victim and his family are from Beaver County, Western Pennsylvania. The family believed that the child victim may have been having sexual relations with the adults he was corresponding with on the phone and the computer.

5. Shortly thereafter, law enforcement officers interviewed the child victim. The child victim informed the law enforcement officers that he has been in contact with numerous adult men and juvenile boys online via email and chat rooms. The child victim also indicated that he met some of those men and juvenile boys in person.

6. One of the men the child victim said he met was identified by the child victim as "Mike." The child victim indicated that Mike is from Moon Township and is approximately 25 years old. The child victim indicated he met Mike in an online chat room in June and met him in person the same day. The child victim indicated that Mike picked him up at the child victim's home. During their first meeting, Mike kept rubbing his leg trying to touch his penis area, but the child victim pushed his hands away. On September 10, 2004, Mike came to the child victim's home and drove him to Mike's home in Moon Township. Mike gave the child victim a massage and performed oral and anal sex on him. After the sexual intercourse, the child victim cleaned himself up and Mike drove him home. The child victim provided Mike's phone number as

724 513 1684.

7. The child victim, when shown a photographic lineup that contained six photographs, identified Michael Murdoch as the individual he identified as "Mike" and with whom he had sexual relationship. The child victim identified "mikey21boi" as the screen name for Mike.

8. The child victim's computer was recovered and a preliminary forensic examination was undertaken. A sexually explicit chat between the child victim and mikey21boi was recovered. It is attached hereto as Exhibit 1 and incorporated herein by reference as though fully set forth herein. The chats is dated July 22, 2004.

9. During the chat, mikey21boi and the child victim have a sexually explicit conversation and mikey21boi asks the child victim to take a sexually explicit picture of himself and send it to him. At the end of the chat, they arrange to meet.

10. Information from America On Line indicates that an alternative email address for mikey21boi is ysucutieboi@hotmail.com. We have information from a confidential source indicating that Murdoch attended Youngstown State University.

11. We have confirmed that the phone number 724 513 1684 is registered to Michael Murdoch.

12. The phone number 724 513 1684 was found programmed

into the cell phone the child victim was using. Toll records confirm contact between the child victim's cell phone and Murdoch's cell phone.

13. Murdoch's address, according to Crescent Township Police Department, is 264 Spring Run Manor, Apartment #4, Crescent Township, Pennsylvania. The child victim took police officers to this address, indicating this is where Murdoch took him to have sex.

14. Murdoch's date of birth is December 16, 1981.

15. The Pennsylvania Crime Code, 18 PACS §§ 3123, involuntary deviate sexual intercourse and § 6301, corruption of the morals of a minor, and § 6318, unlawful contact with a minor, each prohibit the above-mentioned sexual contact between an adult and a minor.

16. I am aware that 18 U.S.C. §2422 provides:

§ 2422. Coercion and enticement

(a) Whoever knowingly persuades, induces, entices, or coerces any individual to travel in interstate or foreign commerce, or in any Territory or Possession of the United States, to engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.
(b) Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual

activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 5 years and not more than 30 years.

17. Based on this information, your affiant submits there is probable cause to believe that Michael Murdoch violated Title 18, United States Code, Sections 2422, by using the mail or any facility or means of interstate or foreign commerce, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempted to do so.

18. In consideration of the foregoing, Your Affiant respectfully requests that this Court issue an order authorizing the arrest of Michael Murdoch on charges of coercion and enticement in violation of Title 18, United States Code, Section 2422(b)..

Special Agent Edward Moschella
Federal Bureau of Investigation

SUBSCRIBED TO AND SWORN TO

BEFORE ME THIS 7th DAY OF

February, 2005

United States Magistrate Judge

Mikey21Boi: hey
[redacted]: hi
Mikey21Boi: whats up
[redacted]: nothing
[redacted]: who is this
[redacted]: is this my mikey?
Mikey21Boi: i was just lookin at xy i saw your profile.. im from center
[redacted]: o
[redacted]: i thought u were my mikey
[redacted]: so
Mikey21Boi: no lol im someone elses
Mikey21Boi: lol
[redacted]: lol
[redacted]: didnt think u were him
[redacted]: he's kinda mad
Mikey21Boi: but your close .. i dont have any gay friends around here
[redacted]: well..now ya do
[redacted]: lol
[redacted]
Mikey21Boi: yeah im mike
Mikey21Boi: whats your last name
[redacted]
Mikey21Boi: hmm never heard of ya
Mikey21Boi: lol
[redacted]: lol
Mikey21Boi: i went to st johns
[redacted]: cool
[redacted]: im homeschooled
Mikey21Boi: thats sweet
[redacted]: yeah
[redacted]: how old ar eu
Mikey21Boi: im 21
[redacted]: are u*
[redacted]: cool
[redacted]: i'm 15..really young..but..hey..never too young to be friends
Mikey21Boi: yeah
Mikey21Boi: really i
Mikey21Boi: shit i thought it said 18 im sorry
Mikey21Boi: lol
Mikey21Boi: but yeah its cool
[redacted]: lol
[redacted]: it prolly did
[redacted]: so
[redacted]: u bi
[redacted]: gay
[redacted]: str8
[redacted]: lol

GOVERNMENT EXHIBIT
1

Mikey21Boi: im a fag yes
Mikey21Boi: lol
███: cool
Mikey21Boi: not.. im a gay man who likes guys
███: yeah
███: ditto
███: lol
███ well
███: gay boi
███: lol
Mikey21Boi: thats cool
Mikey21Boi: so are you out
███: nope
Mikey21Boi: thats cool
Mikey21Boi: i live alone now so its easy
███: yeah
███: lol
Mikey21Boi: do you have a closer picture i wanna see if i recognize you
███: umm
███ sure
Mikey21Boi: :-D
Mikey21Boi: ill send you mine
**Mikey21Boi wants to directly connect.**
**Mikey21Boi is now directly connected.**
███1:
Mikey21Boi: coo
███ now..u
███: lol
Mikey21Boi:
███: hmmm
███ u look familiar
Mikey21Boi: lol prolly
███: lo
███: lol*
Mikey21Boi: did you ever go to the youth center dances in ███
███: sometimes
███: i hate dancing
███: lol

Mikey21Boi: i used to help out there
[redacted]: thats prolly how u lok fam. then
Mikey21Boi: yeah
Mikey21Boi: so whos mikey
[redacted]: someone
[redacted]: special
Mikey21Boi: aww
[redacted]: but...he hasnt been on for over a few weeks
[redacted]: i think he blocked me
[redacted]: or sometihng
Mikey21Boi: well then how special is he
[redacted]: lol
[redacted]: right now...i'm kinda mad at him
[redacted]: but still
[redacted]: lol
[redacted]: gotta love webcams
[redacted]: lol
Mikey21Boi: i dont have one
[redacted]: theres only one person watching me
Mikey21Boi: you got any bad pics
Mikey21Boi: lol
Mikey21Boi: :-P
[redacted]: bad as in...naughty?
Mikey21Boi: yah
[redacted]: got yahoo im>
Mikey21Boi: no
[redacted]: o
[redacted]: ok
[redacted]: b/c i'm jackin on cam right now
[redacted]: lol
Mikey21Boi: :'(
Mikey21Boi: take a pic of it
[redacted]: no
[redacted]: lol
[redacted]: :-P
Mikey21Boi: damn it
[redacted]: hehehe
[redacted]: get yahoo
[redacted]: lol
Mikey21Boi: im horny but i dont hook up.. sorta a win lose situation
[redacted]: they have tons of gay chats too
[redacted]: i dont hook up either
Mikey21Boi: wait
Mikey21Boi: here message this
Mikey21Boi: mikekap03
Mikey21Boi: its my friends lil bros
[redacted]: aim?

Mikey21Boi: no yeahoo
[redacted]: k
[redacted]: how ytoung>
Mikey21Boi: 17 but strrS888888
[redacted]: damn
[redacted]: now u tell me
[redacted]: lol
[redacted]: i almost showed him my cam
[redacted]: what would he do if i did?
Mikey21Boi: no hes not here
[redacted]: o
[redacted]: its u>
Mikey21Boi: jst me
[redacted]: ok
Mikey21Boi: take your hand away
Mikey21Boi: your pretty big
[redacted]: thanks
[redacted]: im not fully hard yet either
Mikey21Boi: damnit your makin me horny
[redacted]: ;-)
Mikey21Boi: ok so maybe we should date
Mikey21Boi: lol
Mikey21Boi: im playin
[redacted]: lol
[redacted]: i thought u were taken already
Mikey21Boi: no
[redacted]: o
[redacted]: ok
Mikey21Boi: i was being sarcastic
[redacted]: o
[redacted]: lol
Mikey21Boi: you think i would be on xy if i was dating someone
[redacted]: well...so far..as of now..i'm single
[redacted]: lol
[redacted]: no
[redacted]: but some ppl are
Mikey21Boi: how big is it
[redacted]: 6
Mikey21Boi: k
Mikey21Boi: maybe we will chill sometime
Mikey21Boi: you aloud out and shit
[redacted]: okedokie
[redacted]: yeah
[redacted]: depends when tho
[redacted]: lol
Mikey21Boi: right now
Mikey21Boi: lol

: cum get me
Mikey21Boi: you want me too
: hehehe
: yes
Mikey21Boi: where you live in
: by the
Mikey21Boi: really
yeah
Mikey21Boi: could you meet me like by the highschool
yeah
Mikey21Boi: my cell is shut off
damn it i'm erally close to cumming
Mikey21Boi: put your dick away
Mikey21Boi: well save it for a rainy day
lol
: today..its raining;-)
Mikey21Boi: i wanna see it put away
what u mean?

Mikey21Boi: put it away
Mikey21Boi: then ill come
Mikey21Boi: lol
hehhe i cant take my hand off of it
Mikey21Boi: just do it
Mikey21Boi: smikle fpor me
no
Mikey21Boi: smile
i dont smile
well
i do..but...
Mikey21Boi: ?
tell a joke or something
Mikey21Boi: hmm
Mikey21Boi: your feet must be tired they been runnin through my head all night
Mikey21Boi: :-P
Mikey21Boi: i dunno
: that was lame
Mikey21Boi: well what the hell
Mikey21Boi: im not good wit jokes
: ok
: lol
: i'll just smile
Mikey21Boi: lol see
: i'll give a sorta sexy stare
Mikey21Boi: ok so what time am i meeting you
Mikey21Boi: aww

[REDACTED]: lol
[REDACTED]: ummm
Mikey21Boi: you got blue eyes
[REDACTED]: no
[REDACTED]: hazel
[REDACTED]: more green tho
Mikey21Boi: theey look blue .. anyhow
[REDACTED]: lol
[REDACTED]: cme on
[REDACTED]: can i finish what i started
Mikey21Boi: noooooooooooooooo
[REDACTED]: why
Mikey21Boi: cause ill smell cum on you
[REDACTED]: so
[REDACTED]: lol
[REDACTED]: i'll shower
Mikey21Boi: not with out me mister
Mikey21Boi: lol
[REDACTED]: LOl
Mikey21Boi: soo you want me to come get ya we will chill for a while
[REDACTED]: chill where and for how long
[REDACTED]: lol
[REDACTED]: and...what consists of chilling
Mikey21Boi: you tell me yo
Mikey21Boi: just hangin out talking maybe go to the mall
[REDACTED]: cool
Mikey21Boi: how long do you have
[REDACTED]: ummm
[REDACTED]: about 2hrs
Mikey21Boi: ok cool so its 225 ill meet you by the [REDACTED] sign like at 3
[REDACTED]: which [REDACTED] sign
[REDACTED]: lol
Mikey21Boi: the one at the top of that hill
Mikey21Boi: where that bell is
[REDACTED]: ok
[REDACTED]: o
[REDACTED]: ok
[REDACTED]: what color car and siht
Mikey21Boi: its a red jeep
[REDACTED]: k
Mikey21Boi: ok
[REDACTED]: so...see ya then i guess
Mikey21Boi signed off at 2:28:20 PM.
Mikey21Boi signed on at 2:29:42 PM.
Mikey21Boi returned at 2:30:20 PM.
Mikey21Boi: ok im gonna se you at 3 ok
[REDACTED]: k

**You are no longer directly connected to Mikey21Boi because the connection has been interrupted..**

Mikey21Boi: :-P yay this will be fun makin a new friend

[redacted]: lol

[redacted]: yeah

Mikey21Boi: youll be there right

[redacted]: lol

[redacted]: yes

[redacted]: 3

[redacted]: i'd only be allowed out til about 4

Mikey21Boi: sawweeet...quit jackin off

Mikey21Boi: thats cool

[redacted]: huh>

Mikey21Boi: you just want me to come now

[redacted]: what?

Mikey21Boi: like leave now

[redacted]: no

[redacted]: i cant

[redacted]: i've gotta shower up

[redacted]: and get dressed

[redacted]: and

[redacted]: get all pretty

[redacted]: lol

Mikey21Boi: lol aight go ahead ill see ya then

[redacted]: k

[redacted]: bye

Mikey21Boi: hey i look like a bum today dont woorry

[redacted]: lol

[redacted]: ok

**Mikey21Boi signed off at 2:39:36 PM.**

**Mikey21Boi signed on at 2:41:50 PM.**

[redacted]: hey

---

**Auto response from Mikey21Boi:** hey guys. sorry i had to move outta my house no aim . if you need me 724-513-1684.. call me.. i cant respond to these messages. so i guess ill just talk to you later bye

Free Two-Way Instant Message delivery service to any mobile device or email account provided by www.imforwards.com

---

[redacted] make it 315