IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-57 |
| Plaintiff, ) | 05-56M |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| vs. ) | |
| MICHAEL MURDOCH, ) | |
| Defendant. ) | |

## ORDER

AND NOW, this 15th day of February, 2005, following a Preliminary Examination, the court finds that probable cause exists which supports a finding that the charged crime has been committed and that the accused has committed the offense.

LISA PUPO LENIHAN
United States Magistrate Judge

cc: Tina Miller, AUSA
~~[redacted]~~
U.S. Pretrial Services
JOHN KNORR