(Rev 12/85) Warrant for Arrest

# United States District Court

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

UNITED STATES OF AMERICA

v.

MICHAEL MURDOCH

**WARRANT FOR ARREST**

CASE NUMBER: 05-___ M  CR 05-57

[UNDER SEAL]

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MICHAEL MURDOCH__
                                              Name

and bring him her forthwith to the nearest magistrate to answer a

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense) coercion and enticement of a minor

in violation of Title __18__ United States Code, Section(s) __2422(b)__

AMY REYNOLDS HAY
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

7 February, 2005  Pittsburgh, PA
Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ Crescent Twp PA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/7/05 | Elvin J Mitchell | _[signature]_ |
| DATE OF ARREST | | |
| 2/11/05 | | |

(Rev. 12/85) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Michael Murdoch

ALIAS: _____

LAST KNOWN RESIDENCE: 264 Spring Run Manor, Apartment #4, Crescent Township, Pennsylvania

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: 12/16/81

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: Male                        RACE: White

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY ADDRESS: Federal Bureau of Investigation.

_____

_____