IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-57 |
| | ) (18 U.S.C. §§ 2422(b)) |
| MICHAEL MURDOCH | ) |

## INDICTMENT

### COUNT ONE

The grand jury charges:

1. At all times material to the Indictment, the defendant, MICHAEL MURDOCH, was an adult male residing in the Western District of Pennsylvania.

2. At all times material to the Indictment, the child victim referenced in this Indictment was fourteen years of age (hereinafter referred to as "child victim").

3. From in and around June, 2004, until in and around September, 2004, in the Western District of Pennsylvania, the defendant, MICHAEL MURDOCH, using a facility and means of interstate and foreign commerce, specifically a telephone and a computer, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18 years, specifically the child victim, to engage in any sexual activity for which any person can be charged with a criminal offense, and did attempt to do so.

In violation of Title 18, United States Code, Section 2422(b).

A True Bill,

*(signature)*
FOREPERSON

*(signature)*
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>MICHAEL MURDOCH    ) | Criminal No. 05-57 |

CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS

I hereby certify that I have been notified by the United States Magistrate Judge that all pretrial motions must be filed within ten (10) days of Arraignment unless the Court extends the time upon written application made within said ten (10) day period.

_March 31, 2005_
Date

_John A. Knorr_
Attorney for Defendant
Michael Murdoch

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-57
)
MICHAEL MURDOCH )

ARRAIGNMENT PLEA

Defendant Michael Murdoch being arraigned, pleads _NOT GUILTY_ in open Court this _31ST_ day of _MARCH_, 20_05_.

X _____
(Defendant's Signature)

_____
(Attorney for Defendant)

W/22

CRIMINAL CASE INFORMATION SHEET

Pittsburgh  _X_     Erie _____     Johnstown _____          05-57

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY: 1. _____ Antitrust & Securities Fraud
          2. _____ Tax
          3. _X_ General Criminal

Defendant's name:                    Michael Murdoch

Is Indictment waived:                _____ yes _X_ no

Pretrial Diversion:                  _____ yes _X_ no

Juvenile proceeding:                 _____ yes _X_ no

Defendant is:                        _X_ Male      _____ Female

Superseding Indictment or
Information:                         _____ yes _X_ no

    Previous case number:            _____

If superseding, previous case was/will be:

    _____ Dismissed on defendant's motion
    _____ Dismissed on government's motion
    _____ After appellate action
    _____ Other (explain)

County in which first
offense cited occurred:              Beaver

Previous proceedings before
Magistrate Judge:                    Amy Reynolds-Hay

    Case No.:                        05-056M

        PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began: 2/11/05

Defendant:    _X_ is in custody    _____ is not in custody

Name of Institution:    Allegheny County Jail

Custody is on: _X_ this charge    _____ another charge
                                  _____ another conviction

|                                         | ____ State   X  Federal |
|---|---|
| Detainer filed:                         | ____ yes   X  no        |
| Date detainer filed:                    | _____              |
| Total defendants:                       | 1                       |
| Total counts:                           | 1                       |
| Data below applies to defendant No.:    | 1                       |
| Defendant's name:                       | Michael Murdoch         |

## SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 2422(b) | Inducing Minor to Engage In Illegal Sexual Activity | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: __MAR 1 6 2005__

TINA O. MILLER
Assistant U.S. Attorney
PA ID No. 71101