IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO.: 05-57 |
| ) | |
| MICHAEL MURDOCH, ) | |
| ) | |
| Defendant ) | |

**OBJECTIONS/ADDITIONS TO THE**
**<u>PRE-SENTENCE INVESTIGATION REPORT</u>**

AND NOW, comes the defendant, Michael Murdoch, by his attorney, John A. Knorr, Esquire, and JOHN KNORR LAW, and makes the within Objections/Additions to the Pre-sentence Investigation Report in this matter, and in support thereof, avers as follows:

1. The defendant proposes the following additions to the Pre-sentence Investigation Report with an aim toward providing greater clarity to the sentencing court of the relevant facts and circumstances of this case. Nothing referenced herein is intended to deny responsibility for the defendant's behavior, for which he unqualifiedly accepts blame.

2. The defendant notes that his initial encounter with this victim was in an internet chatroom that was restricted to individuals over the age of 18. When the victim told the defendant that he was, in fact, 15, the defendant said they could still be friends and "chat". When defendant met the victim for the first time, defendant commented that the victim appeared to be mature for 15, in response to which the victim then stated

that he was really 17 and that he just said "15" in the chat because "guys on the internet like to hear that."

3. The defendant further notes that the "sexual activity" consisted of cuddling and sexual touching of each others genitalia, not anal or oral sex as is averred in the Pre-sentence Investigation Report.

4. In any event the defendant acknowledges the criminality of his conduct and is remorseful for his involvement with this young boy. Although appearances in hindsight may be to the contrary, the defendant did not troll the internet with the intention of finding a sexual companion.

5. Defense counsel has conferred with Assistant United States Attorney Tina Miller concerning this addition, and she does not oppose this statement of position.

WHEREFORE, it is respectfully requested the Pre-sentence Investigation Report be corrected to reflect the within objections/additions.

Respectfully submitted:

__s/John A. Knorr_____
John A. Knorr, Esquire
Attorney for Defendant
One Bigelow Square
Penthouse Suite
Pittsburgh, PA 15219
(412) 261-1186
Pa. I.D. 19803